1   DAVID D. LAWRENCE, State Bar No. 123039                    JS-6
    E-mail: dlawrence@lbaclaw.com
2   MARIA Z. MARKOVA, State Bar No. 233953
    E-mail: mmarkova@lbaclaw.com
3   LAWRENCE BEACH ALLEN & CHOI
    A Professional Corporation
4   1600 North Broadway, Suite 1010
    Santa Ana, California 92706
5   Telephone No. (714) 479-0180
    Facsimile No. (714)-479-0181
6
    Attorneys for Defendants,
7   CITY OF HUNTINGTON PARK

8

9               **UNITED STATES DISTRICT COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11

12   LIDIA LEON, as Guardian Ad Litem   )   Case No. CV 07-06569 VBF (JTLx)
     for JOSHUA L., a minor, individually, )   Consol. w/ CV 08-2951 VBF (JTLx)
13   and as Successor in Interest to JUAN  )
     SANCHEZ, JR., deceased, JUAN         )
14   SANCHEZ, SR., individually, BERTA    )
     SANCHEZ, individually,               )   **ORDER RE: STIPULATION OF**
15                                         )   **DISMISSAL**
              Plaintiffs,                  )
16                                         )
          vs.                              )
17                                         )
     CITY OF HUNTINGTON PARK,              )   *[Stipulation filed concurrently*
18   OFFICER MIGUEL NAVIA, and             )   *herewith]*
     DOES 1 through 10, Inclusive,         )
19                                         )
              Defendants.                  )
20                                         )
                                           )
21                                         )
                                           )
22   JOSE SOTO,                            )
                                           )
23            Plaintiff,                   )
                                           )
24        vs.                              )
                                           )
25   CITY OF HUNTINGTON PARK,              )
     MIGUEL NAVIA, and DOES 1              )
26   through 10, Inclusive,                )
                                           )   MATTER FOR DETERMINATION
27            Defendants.                  )   BEFORE HONORABLE VALERIE
                                           )   BAKER FAIRBANK
28

                                    1
            [PROPOSED] ORDER RE: STIPULATION RE: DISMISSAL

1      IT IS HEREBY ORDERED that pursuant to the stipulation by and between

2 the parties to this action, through their counsel, that the above-captioned action is

3 dismissed in its entirety, with prejudice, as to all Defendants, named or unnamed.  All

4 parties have waived any and all claims for attorney's fees and costs under 42 U.S.C.

5 §1988 or any other provision of law.

6 IT IS SO ORDERED.

7

8 DATED:_10-30-09

                        _____

9                         Honorable Valerie Baker Fairbank

                        United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] ORDER RE: STIPULATION RE: DISMISSAL